Order; Dissent by Judge
O’SCANNLAIN.
ORDER
The San Agustins have filed a petition for panel rehearing in this matter. The San Agustins have had a long-term presence in the United States and have two United States citizen children. They do not appear to have any criminal convictions.
In light of ICE Director John Morton’s June 17, 2011 memo regarding prosecutorial discretion, and the November 17, 2011 follow-up memo providing guidance to ICE Attorneys, the government shall advise the court by March 19, 2012, whether the government intends to exercise prosecutorial discretion in this case and, if so, the effect, if any, of the exercise of such discretion on any action to be taken by this court with regard to Petitioners’ pending petition for rehearing.